# MANFREDI LAW GROUP, PLLC

Attorney at Law
302 East 19th St. Suite 2A
New York, New York 10003
info@manfredilawgroup.com

John Manfredi

ph: 347 614 7006
f: 347 332 1740

November 15, 2021

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *The Secretary of the U.S. Department of Housing and Urban Development, and agency of the United States of America v. Public Administrator of Bronx County, as Limited Administrator d.b.n. of the Estate of Mildred Smith, deceased; et al.*
Case No. 1:21-cv-06348-LGS

Dear Judge Schofield,

    I am counsel for the plaintiff The Secretary of the U.S. Department of Housing and Urban Development, and agency of the United States of America ("HUD"). I respectfully request an extension of time to file HUD's order to show cause for a default judgment.

    HUD's motion is ready for filing. The reason for the request is I am waiting for an updated affidavit and itemized statement of damages from HUD in support of the motion. Plaintiff respectfully requests an extension to December 3, 2021 to file for a default judgment.

Respectfully Submitted,

/s/

John Manfredi

Application **GRANTED**. Plaintiff's deadline to file the Proposed Order to Show Cause for Default Judgment and related papers is extended to **December 3, 2021.** The conference scheduled for **November 18, 2021, is CANCELLED.**

So Ordered.

Dated: November 15, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**