UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE SECRETARY OF THE U.S.                        :
DEPARTMENT OF HOUSING AND URBAN   :
DEVELOPMENT,                                            :
                                Plaintiff,   :      21 Civ. 6348 (LGS)
                                            :
              -against-                :      <u>ORDER</u>
                                            :
PUBLIC ADMINISTRATOR OF BRONX        :
COUNTY, et. al.,                                            :
                                  Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff filed a Proposed Order to Show Cause for Default Judgment;

       WHEREAS, the deadline to answer or otherwise respond to the complaint for Defendants Sunshine Care Corp. and New York City Environmental Control Board was September 10, 2021, and September 14, 2021, respectively;

       WHEREAS, Defendants Sunshine Care Corp. and New York City Environmental Control Board have appeared in the action but have not answered or otherwise responded to the complaint;

       WHEREAS, the Clerk of Court did not issue a certificate of default against Defendants Sunshine Care Corp. and New York City Environmental Control Board.  It is hereby

       **ORDERED** that by **December 17, 2021,** Defendants Sunshine Care Corp. and New York City Environmental Control Board shall answer or otherwise respond to the complaint, or shall file a letter stating how they propose to proceed.

Dated: December 10, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE