UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE SECRETARY OF THE U.S.                               :
DEPARTMENT OF HOUSING AND URBAN    :
DEVELOPMENT,                                                   :
                                         Plaintiff,        :           21 Civ. 6348 (LGS)
                                                                   :
                         -against-                           :                    ORDER
                                                                   :
PUBLIC ADMINISTRATOR OF BRONX          :
COUNTY, et al.,                                             :
                                         Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on January 5, 2022, Plaintiff filed the Amended Proposed Default Judgment

of Foreclosure and Sale (the "Proposed Default Judgment");

        WHEREAS, the Proposed Default Judgment states that "the plaintiff have judgment

herein for the sum of $297,322.19 in principal, plus accrued interest in the sum of $136,327.03

due as of November 15, 2021, service charges of $5,610.00, mortgage insurance premium of

$33,807.21, and the sum of $5,071.68 as taxed by the Court for the costs and disbursements due

to the plaintiff in this action."  It is hereby

        **ORDERED** that Plaintiff shall, by January 17, 2022, file a letter showing how the exact

dollar amount of the judgment was calculated, including the principal, the accrued interest,

service charges, mortgage insurance premium and the tax.  Plaintiff shall file as exhibits as the

mortgage note, principal payment and any other relevant documents in support of Plaintiff's

computation.


Dated: January 13, 2022
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE