UNITED STATES DISTRICT COURT          CASE NO. 1:21-cv-06348-LGS
SOUTHERN DISTRICT OF NEW YORK
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,

                 Plaintiff,

     -against-                            ORDER CONFIRMING THE
                                                 MASTER'S REPORT OF SALE

Public Administrator of Bronx County, as Limited Administrator d.b.n. of the Estate of Mildred Smith, deceased; Wilma Evon Tyson aka Wilma Evon Smith; Delores Johnson; Nicole Jones; Mark A. Norman; Dawn Harper aka Dawn Drake; Seraya Smith; Jason Smith; Mathew Smith; Kim Smith; Donte Dunkley; Faith Smith aka Faith Alvarado; Buddy Drake Richardson; Donnell A. Richardson aka Donnell Drake; Bethany Elkins;United States of America OBO Internal Revenue Service; New York State Department of Taxation and Finance;  Bronx County Supreme Court; Sunshine Care Corp.; Criminal Court of the City of New York; New York City Housing Authority; New York City Parking Violations Bureau; New York City Environmental Control Board; United States of America; Commissioner of Jurors;

                 Defendant

**UPON** reading the report of Joseph Marra, Esq. the Master named in the Amended Default Judgment of Foreclosure and Sale entered on January 24th, 2022 to sell the mortgaged premises therein described, and said Master's Report being duly sworn to on March 31, 2022 and upon the Amended Default Judgment of Foreclosure and Sale, and upon all other pleadings and proceedings has herein,

     NOW, ON MOTION of Manfredi Law Group, PLLC attorney for plaintiff, it is

ORDERED, ADJUDGED, and DECREED that the report of the Master Joseph Marra filed on August 3, 2022 be and hereby is in all respects ratified and confirmed.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 141.

Dated: August 23, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE